**Order entered February 4, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00012-CV

## CITY OF DALLAS, Appellant

## V.

## MARCO ANTONIO MONROY, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-05452-D**

## ORDER

Before the Court is appellant's February 2, 2022 motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **February 28, 2022**.

/s/    CRAIG SMITH
        JUSTICE